# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**LAURA GAMBINO,**

    **Plaintiff,**

**v.**       Case No:  6:18-cv-869-Orl-31TBS

**CITY OF ST. CLOUD,**

    **Defendant.**

## ORDER

This cause comes before the Court on Defendant's Motion to Dismiss Plaintiff's Complaint with Prejudice, or Alternatively, Motion to Strike (Doc. 14), filed August 9, 2018.

On October 11, 2018, the United States Magistrate Judge issued a report (Doc. 30) recommending that the motion be granted in part. No objections have been filed. Therefore, it is

**ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. The Motion to Dismiss Plaintiff's Complaint with Prejudice, or Alternatively, Motion to Strike is **GRANTED IN PART**.

3. Count IV (Retaliation – Title VII), Count VII (Retaliation – FCRA), and Counts VIII, IX, and X (OCHRA) are **DISMISSED without prejudice**.

4. All claims and allegations regarding punitive dames are **STRICKEN**.

5. Plaintiff may file an Amended Complaint by November 12, 2018.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on October 29, 2018.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party